[No. 18480-6-I.   Division One.   August 17, 1987.]

RENTON SCHOOL DISTRICT, ET AL, *Respondents,* v. ALLEN
JETT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-01565-5, Norman W. Quinn, J., entered
March 20, 1986. *Reversed* by unpublished opinion per Dore,

J. Pro Tem., concurred in by Darrah and Walterskirchen, JJ. Pro Tem.